## ORDER

PER CURIAM

**AND NOW,** this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Dwayne Orlando MAYS, Petitioner**

**No. 232 MAL 2017**

Supreme Court of Pennsylvania.

September 19, 2017

## ORDER

PER CURIAM

**AND NOW,** this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**

**MENTAL HEALTH ASSOCIATION OF SOUTHEASTERN PENNSYLVANIA, Respondent**

v.

**Thomas A. BIGGINS, Petitioner**

**No. 191 MAL 2017**

Supreme Court of Pennsylvania.

September 19, 2017

## ORDER

PER CURIAM

**AND NOW,** this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Dwayne Orlando MAYS, Petitioner**

**No. 231 MAL 2017**

Supreme Court of Pennsylvania.

September 19, 2017

## ORDER

PER CURIAM

**AND NOW,** this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Hugo Marcus SELENSKI, Petitioner**

**No. 250 MAL 2017**

Supreme Court of Pennsylvania.

September 19, 2017